Claimant, Respondent, v. P. J. Durcan and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Minnie Stein, Widow, on Behalf of Herself and Minor Children, Claimant, Respondent, v. Transogram Company, Inc., and Another, Appellants.— Motion denied.

In the Matter of the Application of Charles D. Newton, Attorney-General, for a Writ of Mandamus against F. Park Lewis and Others, Constituting the Board of Trustees of the New York State School for the Blind.— Motion granted.

Before State Industrial Board, Respondent. John Brady, Claimant, Respondent, v. The Foundation Company and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Antonna Drazal, Dependent Mother, and Another, Claimants, Respondents, v. Stephen Sanford & Sons and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Meyer Lederson, Claimant, Respondent, v. Cassidy & Dorfman and Another, Appellants.— Motion denied.

Before State Industrial Board, Respondent. Joseph Dellatero, Claimant, Appellant, v. Benjamin Wolff and Another, Respondents.— Motion granted, unless appellant files and serves printed papers on appeal by February 15, 1923, in which case motion is denied.

In the Matter of the Claim of E. I. Du Pont De Nemours Powder Company against The City of New York, under Section 42 of Chapter 724 of the Laws of 1905, as Amended by Section 9 of Chapter 314 of the Laws of 1906.— Motion denied.

Before State Industrial Board, Respondent. Mary Jane Layman, as Administratrix, etc., of Alexander Layman, Deceased, Claimant, v. Baltimore and Ohio Railroad Company, Employer.— Motion to dismiss appeal denied, with ten dollars costs.

The People of the State of New York ex rel. Heyden Chemical Company of America, Inc., Relator, v. Walter W. Law, Jr., and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Motion granted.

The People of the State of New York ex rel. Home Trust Company, as Executor, etc., of Andrew Carnegie, Deceased, Relator, v. Walter W. Law, Jr., and Others, Constituting the State Tax Commission, Respondents.— Leave granted.

The People of the State of New York ex rel. Adirondack Power and Light Company, Relator, v. Public Service Commission of the State of New York and Others, Respondents.— Motion for reargument granted. Order of March 7, 1922, vacated. Determination annulled, without costs, and proceedings dismissed. All concur.

Walter D. Watson, Appellant, v. William B. Phelps, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur, except Hasbrouck, J., dissenting.

Edith Teany, Respondent, v. Jesse D. Hart, Appellant.— Motion granted.

Clifford Stull, Appellant, v. Elmira Wholesale Grocery Company, Respondent.— Motion granted.

St. Paul Fire and Marine Insurance Company, Respondent, v. E. H.